## Commonwealth *v.* White, Appellant.

Submitted March 9, 1970. *Thomas C. Zerbe, Jr.,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Whitsel, Appellant.

Argued March 20, 1970. *John R. Gates,* with him *Henry, Corcelius & Gates,* for appellant; *William J. Myers,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.